| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MAAS, FRANK S. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>06/04/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street, Room 740
New York, New York 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Vice President | ▨ Owners, Inc. |
| 2. | Trustee | Family Trust II |
| 3. | Member | Executive Committee, New York State Bar Association, Commercial and Federal Litigation Section |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/04/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2013 | ▓▓▓▓▓▓▓▓▓ |
| 3. | 2013\ | ▓▓▓▓▓ |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CGOC Summit | 3/13-16 | Newport Beach, California | Conference | Lodging, Meals, and Transportation |
| 2. | Digital Government Institute | 4/3-4 | Washington, DC | Conference | Lodging, Meals, and Transportation |
| 3. | E-Discovery Project Management Summit | 5/21-22 | Pittsburgh, PA | Conference | Lodging, Meals, and Transportation |
| 4. | Conference on Preservation Excellence | 9/18-19 | Portland, OR | Conference | Lodging, Meals, and Transportation |
| 5. | Electonic Discovery Institute | 10/15-17 | Santa Monica, CA | Conference | Lodging, Meals, and Transportation |
| 6. | The Sedona COnference | 11/7/-8 | Phoenix, AZ | Conference | Lodging, Meals, and Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/04/2014 |

| 7. | Georgetown University | 11/21-22 | Tysons Corners, VA | Conference | Lodging, Meals, and Transportation |
|---|---|---|---|---|---|
| 8. | NYSBA Commercial & Federal Litigation Section | 5/3-5 | Saratoga Springs, NY | Conference | Lodging and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/04/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 2. Abbvie Common | A | Dividend | K | T | Spinoff (from line 1) | 1/1/13 | K | | |
| 3. American Electrical Power Common | A | Dividend | J | T | | | | | |
| 4. Amgen Common | | None | K | T | | | | | |
| 5. AT&T Common | B | Dividend | K | T | | | | | |
| 6. Bank of New York Common | B | Dividend | L | T | | | | | |
| 7. BP Amoco PLC ADRs | B | Dividend | J | T | | | | | |
| 8. ChevronTexaco Common | A | Dividend | K | T | | | | | |
| 9. Comcast Corp. Class A Common | A | Dividend | K | T | | | | | |
| 10. Conoco Class B Common | B | Dividend | K | T | | | | | |
| 11. Dominion Resources Common | B | Dividend | L | T | | | | | |
| 12. DuPont Common | A | Dividend | K | T | | | | | |
| 13. Exelon Common | A | Dividend | J | T | | | | | |
| 14. Exxon Mobil Common | B | Dividend | M | T | | | | | |
| 15. Fairpoint Communications Common | A | Dividend | J | T | | | | | |
| 16. Frontier Communications | A | Dividend | J | T | | | | | |
| 17. General Electric Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Mills Common | A | Dividend | K | T | | | | | |
| 19. Hospira Common | | None | J | T | | | | | |
| 20. Idearc Common | | None | J | T | | | | | |
| 21. International Business Machines Common | A | Dividend | L | T | | | | | |
| 22. JP Morgan/Chase Common | A | Dividend | J | T | | | | | |
| 23. Montsanto Common | A | Dividend | K | T | | | | | |
| 24. OGE Energy Corp Common | A | Dividend | K | T | | | | | |
| 25. Pfizer Common | C | Dividend | M | T | | | | | |
| 26. Phillips 66 Common | A | Dividend | K | T | | | | | |
| 27. Plains All American Pipelines LP Unit Ltd P'Ship Interest | | None | K | T | | | | | |
| 28. PP&L Resources Common | A | Dividend | K | T | | | | | |
| 29. Verizon Communications Common | B | Dividend | K | T | | | | | |
| 30. Vodaphone PLC New Group | A | Dividend | K | T | | | | | |
| 31. Wells Fargo | A | Dividend | J | T | | | | | |
| 32. Weyerhaeuser Common | C | Dividend | J | T | | | | | |
| 33. Zoetis Common | A | Dividend | J | T | Spinoff (from line 25) | 06/27/13 | J | | |
| 34. Fidelity NY Muni Money Market Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Tax-FreeMoney Market Fund | A | Dividend | K | T | | | | | |
| 36. Alliance Municipal Income Fund--NY Portfolio, Class A | A | Dividend | K | T | | | | | |
| 37. Alliance Bond Fund US Gov't Portfolio Class A | A | Dividend | J | T | | | | | |
| 38. Franklin Insured NY Tax Free Income Fund | B | Dividend | L | T | | | | | |
| 39. Franklin NY Tax Free Income Fund | B | Dividend | L | T | | | | | |
| 40. Putnam Amer. Gov't Income Fund Class A | B | Dividend | K | T | | | | | |
| 41. NY Insured Municipals Income Trust | A | Dividend | J | T | | | | | |
| 42. Express Scripts Holding Co Common | A | Dividend | J | T | | | | | |
| 43. Frontier Communications Common | A | Dividend | J | T | | | | | |
| 44. GE Common | A | Dividend | J | T | | | | | |
| 45. Medco Health Solutions Common | | None | J | T | | | | | |
| 46. Merck Common | A | Dividend | J | T | | | | | |
| 47. Pfizer Common | C | Dividend | M | T | | | | | |
| 48. Sensient Common | B | Dividend | L | T | | | | | |
| 49. Cisco Common | | None | K | T | | | | | |
| 50. Citigroup Common | | None | J | T | | | | | |
| 51. Fairpoint Communications Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP Morgan/Chase Common | A | Dividend | K | T | | | | | |
| 53. Travelers Common | A | Dividend | J | T | | | | | |
| 54. Western Asset NY Municipal Fund Class A | B | Dividend | L | T | | | | | |
| 55. FMOXX | A | Dividend | K | T | | | | | |
| 56. FFNOX | A | Dividend | K | T | | | | | |
| 57. FSMKX | A | Dividend | K | T | | | | | |
| 58. CMCSA | A | Dividend | K | T | | | | | |
| 59. FE | A | Dividend | J | T | | | | | |
| 60. ALU | A | Dividend | J | T | | | | | |
| 61. T | B | Dividend | K | T | | | | | |
| 62. VOD | A | Dividend | J | T | | | | | |
| 63. VZ | A | Dividend | K | T | | | | | |
| 64. Zoetis | A | Dividend | J | T | Spinoff (from line 47) | 06/27/13 | J | | |
| 65. New York City Deferred Compensation Plan (457) | | None | L | T | | | | | |
| 66. Fidelity Value (IRA) | A | Dividend | K | T | | | | | |
| 67. Oppenheimer Money Market Fund (IRA) | B | Dividend | L | T | | | | | |
| 68. Oppenheiner Capital Appreciation Fund (IRA)(F) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Citibank Money Market Account (IRA) | A | Interest | J | T | | | | | |
| 70. Citibank Checking | | None | J | T | | | | | |
| 71. Citibank Savings | A | Interest | J | T | | | | | |
| 72. FMAGX | B | Dividend | L | T | | | | | |
| 73. FIGRX | A | Dividend | K | T | | | | | |
| 74. FSLCX | A | Dividend | J | T | | | | | |
| 75. FDCAX | B | Dividend | M | T | | | | | |
| 76. FCNTX | A | Dividend | L | T | | | | | |
| 77. FMCSX | A | Dividend | K | T | | | | | |
| 78. FEQIX | A | Dividend | K | T | | | | | |
| 79. FSICX | B | Dividend | M | T | | | | | |
| 80. FDGFX | B | Dividend | K | T | | | | | |
| 81. FDVLX | B | Dividend | K | T | | | | | |
| 82. WEMMX | A | Dividend | K | T | | | | | |
| 83. FDRXX | A | Interest | J | T | | | | | |
| 84. TIAA-CREF Retirement Account | A | Dividend | L | T | | | | | |
| 85. FNYXX (J) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAAS, FRANK S. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JP Morgan Chase Savings (F) | A | Interest | | | Closed | | J | | |
| 87. TD Bank Checking (F) | A | Int./Div. | J | T | Open | | J | | |
| 88. JP Morgan Chase Checking (J) | A | Interest | J | T | | | | | |
| 89. JP Morgan Chase Checking (F) | A | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and VII: Family Trust II matured during 2013 and the proceeds were transferred to the beneficiary. Accordingly, I have no longer reported the assets of Family Trust II and have no idea what its year end value may have been.

Part VII: Line 51: Fairpoint Communications, which is shown on my brokerage statement, has no value and pays no dividends. Accordingly, I will not include it on future reports.

Line 54: The Legg Mason Partners NY Tax Free Bond Fund Class A changed its name to the Western Asset NY Municipals Fund in or around October 2012.

Lines 86/87: One JP Morgan Chase checking account was closed during the year. Since it no longer appears on my electronic statements I cannot determine the date it was closed. The value was substantially less than $15,000. Also, I opened a TD Bank checking account (now reflected on line 87 sometime in 2012. I am unsure of the date. That transaction should have been reported in 2012. The year-end value of that account in 2013 was substantially les than $15,000.

Lines 86/89: The JP Morgan Chase checking account that was closed was inadvertently reported on two lines in my 2012 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK S. MAAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544